IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-187-DCK

| | |
|---|---|
| JESSE FRANKLIN MANGUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS AND EXPLOSIVES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Substitute The United States As Defendant" (Document No. 20) filed November 22, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, applicable authority, and noting that Plaintiff has failed to respond, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion To Substitute The United States As Defendant" (Document No. 20) is **GRANTED**, and the United States shall appear as the sole Defendant in the above-captioned matter. The Clerk of Court is directed to update the case docket in accordance with this Order.

**SO ORDERED**.

Signed: December 12, 2016

David C. Keesler
United States Magistrate Judge