IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-187-DCK

| | |
|---|---|
| JESSE FRANKLIN MANGUM, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the settlement of this case. The mediator, F. Lane Williamson, filed a "North Carolina Certification Of Mediation Session" (Document No. 23) notifying the Court that the parties reached a settlement on April 28, 2017. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **May 30, 2017**.

**SO ORDERED**.

Signed: May 4, 2017

David C. Keesler
United States Magistrate Judge